## **STATEMENT OF FACTS**

      On Saturday, 09/16/2006, at 9:13 p.m., sworn officers of the Metropolitan Police Department executed a search warrant at XXXX XXXX XXXXXXX Drive, N.W., Apartment # X-X, Washington, D.C. During the execution of the search warrant, the defendant, FRANCIS PEREZ, was located by the kitchen sink with the water running. Inside of the sink, officers recovered 80 grams of a white powder substance which was wet. Also recovered from the kitchen was 1440 grams of a white powder substance which was located on the kitchen counter and on three plates on top of the kitchen cabinet. The second defendant, RAMONA BAEZ, was located in the bedroom standing by a closet. Officers recovered 767 grams of a white powder substance from the floor of the closet. The powder substances field tested positive for cocaine. During the search of the bedroom, officers recovered approximately $3460.00 in United States currency from the dresser next to the bed. Also recovered from the bedroom were photographs and mail matter in names of PEREZ and BAEZ. In the officer's experience, the amount of the cocaine indicated that it was intended for distribution rather than for personal use.

                                                                                                              _____
                                                  DETECTIVE ALLEE RAHMADHAN
                                                  METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2006.


                                                  _____
                                                  U.S. MAGISTRATE JUDGE